Adolph Rueter, Appellant, v. Village of Flossmoor, Zoning Board of Appeals for the Village of Flossmoor, and Chester Nelson, Appellee.

Gen. No. 47,418.

First District, First Division.
December 8, 1958.
Released for publication January 23, 1959.

Stiefel, Greenberg, Burns & Baldridge, for plaintiff-appellant; Walter E. Wiles, Village Attorney, Thomas A. Matthews, Anthony J. Ciarlo, Byron S. Matthews, for defendants-appellees. Opinion by PRESIDING JUSTICE McCORMICK. Not to be published in full.